IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV 3 0 2022

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 22-1949 MIS |
| vs. | ) 18 U.S.C. § 844(e): Threats by Mail, Telephone, or Other Instrument. |
| **JOHN OLIVER HAMILTON, III** | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about July 27, 2022, in Doña Ana County, in the District of New Mexico, the defendant, **JOHN OLIVER HAMILTON, III** used a telephone, which is an instrument of interstate commerce, to knowingly and willfully make threats to kill, injure, or intimidate individuals or unlawfully damage or destroy buildings by means of fire at New Mexico State University.

In violation of 18 U.S.C. § 844(e).

ALEXANDER M.M. UBALLEZ
United States Attorney

JONI AUTREY STAHL
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304